

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LUCAS,<br><br>　　Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a corporation, and DOES 1 through 50, Inclusive,<br><br>　　Defendants. | Case No. 2:18-cv-10156-SVW-SK<br><br>[Complaint Filed: November 8, 2018]<br><br>[Hon. Stephen V. Wilson]<br><br>ORDER OF DISMISSAL (Proposed) |

Based on the stipulation of all parties through their respective counsel of record herein, the Court hereby dismisses the above captioned action with prejudice based on the representation to the Court by all parties that the matter has settled in its entirety.

Date: 4/2/19

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT